# E-filing

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CV 12 3153 MEJ

Alta Fish

CASE NO.

Plaintiff,

v.

DePuy Orthopaedics, Inc, et al.

Defendant.

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Merritt E. Cunningham, Esq.     , whose business address and telephone number is

Smith Stag, L.L.C.
365 Canal St., Ste. 2800
New Orleans,. LA 70130   (504) 593-9600

and who is an active member in good standing of the bar of   Louisiana

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:  June 26, 2012



IT IS SO ORDERED
Judge Maria-Elena James