IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Alta Fish

        Plaintiff,

v.

DePuy Orthopaedics, Inc, et al.

        Defendant.

CASE NO. CV 12 3153 MEJ

~~(Proposed)~~ ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Michael G. Stag, Esq., whose business address and telephone number is

Smith Stag, L.L.C.
365 Canal St., Ste. 2800
New Orleans,. LA 70130  (504) 593-9600

and who is an active member in good standing of the bar of Louisiana having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: June 27, 2012



IT IS SO ORDERED
Judge Maria-Elena James